

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00065-CV

_____

IN RE:  TED EUGENE SLANKER, JR.

Original Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

On June 18, Ted Eugene Slanker, Jr., Relator, filed a petition for writ of mandamus asking this Court to grant him relief from an order signed June 11, 2013, by the County Court at Law of Lamar County directing him to pay $3,000.00 per month in spousal support, and $10,000.00 to opposing counsel for attorney's fees, expenses, and mediation fees in the underlying divorce and property proceeding. Along with that petition, Slanker also filed a motion for temporary relief requesting that this Court stay enforcement of the order pending decision on the mandamus.

After reviewing the petition and the motion for temporary relief, this Court is of the opinion that the temporary relief requested should be granted and the June 11 order stayed pending the ruling of this Court on the petition.

Now, therefore, it is ordered that the directive to pay the $3,000.00 per month and $10,000.00 is stayed, pending this Court's determination of the petition for writ of mandamus or further order of this Court.

IT IS SO ORDERED.

BY THE COURT

Date: June 19, 2013